OPINION — AG — "PURSUANT TO THE MEAT REGULATIONS ENCLOSED, CAN THIS LABEL OR ANY SIMILAR LABEL FOR A MEAT OR MEAT FOOD PRODUCT AS DESCRIBED AS `STEAK' CONTAIN HEART, TONGUE, DIAPHRAM OR OTHER THAN SKELETAL MUSCLE IF THE INGREDIENT DECLARATION STATES THE ADDITION OF TONGUE, HEART, OR OTHER?" — SEE OPINION (CANNOT FIND ANY STATUTES) CITE: 2 O.S. 1961 4 [2-4](B) DEFINITION OF THE WORD MEAT (JIM BARNETT)